# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DANIEL J NEEDHAM | § | Case No. 16-82415 |
| SUSAN T NEEDHAM | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/14/2016 . The undersigned trustee was appointed on 10/14/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 7,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 10.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,490.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/08/2017  and the deadline for filing governmental claims was  04/12/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,500.00 , for a total compensation of $ 1,500.00 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.94 , for total expenses of $ 14.94 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/02/2017                    By:/s/BERNARD J. NATALE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-82415 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL J NEEDHAM | | | | Date Filed (f) or Converted (c): | 10/14/2016 (f) |
| | SUSAN T NEEDHAM | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 04/28/2017 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 639 Elsinoor Lane, Crystal Lake, Il 60014-0000 Mchenry | 189,251.00 | 189,251.00 | OA | 0.00 | FA |
| 2. 2005 Chevrolet Trailblazer Mileage: 86,000 Location: 639 Els | 5,950.00 | 4,500.00 | OA | 1,300.00 | FA |
| 3. 2007 Ford Fusion Mileage: 119,000 Location: 639 Elsinoor Lan | 3,950.00 | 350.00 | OA | 350.00 | FA |
| 4. 2001 Honda Ace Deluxe Mileage: 11,500 Location: 639 Elsinoor | 1,200.00 | 600.00 | OA | 350.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 4,500.00 | 0.00 | OA | 0.00 | HOFA |
| 6. 4 Televisions, 2 Cell Phones, Desktop Computer, Laptop Compu | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 7. 2 Sets Of Golf Clubs, Over 15 Yeard Old. Location: 639 Elsin | 100.00 | 0.00 | OA | 50.00 | FA |
| 8. Mossberg 12 Gauge Bolt Action. Location: 639 Elsinoor Lane, | 25.00 | 0.00 | OA | 0.00 | FA |
| 9. A/Mt .380 Caliber. Location: 639 Elsinoor Lane, Crystal Lake | 40.00 | 0.00 | OA | 40.00 | FA |
| 10. Smith & Wesson 38 Special. Location: 639 Elsinoor Lane, Crys | 40.00 | 0.00 | OA | 40.00 | FA |
| 11. Smith & Wesson 9Mm Sw9va. Location: 639 Elsinoor Lane, Cryst | 200.00 | 0.00 | OA | 100.00 | FA |
| 12. Browning 20 Gauge --Single Shot. Location: 639 Elsinoor Lane | 30.00 | 0.00 | OA | 0.00 | FA |
| 13. Winchester Semiautomatic 12 Gauge Location: 639 Elsinoor Lan | 85.00 | 0.00 | OA | 50.00 | FA |
| 14. Partner 20 Gauge -- Single Shot. Location: 639 Elsinoor Lane | 40.00 | 0.00 | OA | 40.00 | FA |
| 15. Mossberg New Haven 142A22. Location: 639 Elsinoor Lane, Crys | 30.00 | 0.00 | OA | 30.00 | FA |
| 16. Glen Fielded 22 Cal Bolt Action. Location: 639 Elsinoor Lane | 30.00 | 0.00 | OA | 0.00 | FA |
| 17. Springfield 20 Gauge Series A. Location: 639 Elsinoor Lane, | 30.00 | 0.00 | OA | 30.00 | FA |
| 18. Personal Clothing. Location: 639 Elsinoor Lane, Crystal Lake | 300.00 | 0.00 | OA | 0.00 | FA |
| 19. Personal Clothing. Location: 639 Elsinoor Lane, Crystal Lake | 500.00 | 0.00 | OA | 0.00 | FA |
| 20. Wedding Band. Location: 639 Elsinoor Lane, Crystal Lake Il 6 | 100.00 | 0.00 | OA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 16-82415 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL J NEEDHAM | | | | Date Filed (f) or Converted (c): | 10/14/2016 (f) |
| | SUSAN T NEEDHAM | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 04/28/2017 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Wedding Band. Location: 639 Elsinoor Lane, Crystal Lake Il 6 | 100.00 | 0.00 | OA | 0.00 | FA |
| 22. Gold Ring With Birthstone. Location: 639 Elsinoor Lane, Crys | 100.00 | 0.00 | OA | 0.00 | FA |
| 23. Anniversary Ring. Location: 639 Elsinoor Lane, Crystal Lake | 250.00 | 0.00 | OA | 0.00 | FA |
| 24. Golden Earings. Location: 639 Elsinoor Lane, Crystal Lake Il | 500.00 | 0.00 | OA | 0.00 | FA |
| 25. 2 Mixed Breed Dogs, 1.5 Yeard Old, 6.5 Years Old. Location: | 0.00 | 0.00 | OA | 0.00 | FA |
| 26. Cash | 20.00 | 0.00 | OA | 0.00 | FA |
| 27. Great Lakes Credit Union | 371.36 | 0.00 | OA | 0.00 | FA |
| 28. Great Lakes Credit Union | 243.47 | 0.00 | OA | 0.00 | FA |
| 29. American Century Investments All Cap Growth Fund | 4,053.74 | 0.00 | OA | 4,000.00 | FA |
| 30. Home Depot Stock | 1,577.66 | 0.00 | OA | 1,120.00 | FA |
| 31. 401(K) Live Nation Entertainment Inc. 401(K) Savings Plan | 11,280.42 | 0.00 | OA | 0.00 | FA |
| 32. 401(K) Fortistar Services 401(K) Plan | 31,526.97 | 0.00 | OA | 0.00 | FA |
| 33. Ira Fidelity Investments Ira Rollover | 6,903.70 | 0.00 | OA | 0.00 | FA |
| 34. Ira Vanguard Rollover Ira | 70,045.08 | 0.00 | OA | 0.00 | FA |
| 35. Daniel Needham V. Fortistar Methane Group Case No. 14-10475, | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $334,573.40 | $194,701.00 | | $7,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE ANTICIPATES FILING FINAL REPORT PRIOR TO MAY 1, 2017.

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 05/01/2017

Exhibit A

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-82415 | Trustee Name: BERNARD J. NATALE |
| Case Name: DANIEL J NEEDHAM | Bank Name: Associated Bank |
| SUSAN T NEEDHAM | Account Number/CD#: XXXXXX8798 |
| | Checking |
| Taxpayer ID No: XX-XXX0163 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/28/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/17 | | Great Lakes Credit Union<br>PO Box 1289<br>Bannockburn, IL 60015 | Compromise | | $7,500.00 | | $7,500.00 |
| | | | Gross Receipts | $7,500.00 | | | |
| | 2 | | 2005 Chevrolet Trailblazer Mileage: 86,000 Location: 639 Els | $1,300.00 | 1129-000 | | |
| | 3 | | 2007 Ford Fusion Mileage: 119,000 Location: 639 Elsinoor Lan | $350.00 | 1129-000 | | |
| | 4 | | 2001 Honda Ace Deluxe Mileage: 11,500 Location: 639 Elsinoor | $350.00 | 1129-000 | | |
| | 7 | | 2 Sets Of Golf Clubs, Over 15 Yeard Old. Location: 639 Elsin | $50.00 | 1129-000 | | |
| | 9 | | A/Mt .380 Caliber. Location: 639 Elsinoor Lane, Crystal Lake | $40.00 | 1129-000 | | |
| | 10 | | Smith & Wesson 38 Special. Location: 639 Elsinoor Lane, Crys | $40.00 | 1129-000 | | |
| | 11 | | Smith & Wesson 9Mm Sw9va. Location: 639 Elsinoor Lane, Cryst | $100.00 | 1129-000 | | |
| | 13 | | Winchester Semiautomatic 12 Gauge Location: 639 Elsinoor Lan | $50.00 | 1129-000 | | |
| | 14 | | Partner 20 Gauge -- Single Shot. Location: 639 Elsinoor Lane | $40.00 | 1129-000 | | |
| | 15 | | Mossberg New Haven 142A22. Location: 639 Elsinoor Lane, Crys | $30.00 | 1129-000 | | |
| | 17 | | Springfield 20 Gauge Series A. Location: 639 Elsinoor Lane, | $30.00 | 1129-000 | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $7,500.00 | $0.00 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-82415 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | DANIEL J NEEDHAM | Bank Name: | Associated Bank |
| | SUSAN T NEEDHAM | Account Number/CD#: | XXXXXX8798 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0163 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 04/28/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 29 | | American Century Investments $4,000.00 All Cap Growth Fund | 1129-000 | | | |
| | 30 | | Home Depot Stock  $1,120.00 | 1129-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $10.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $10.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                     Page Subtotals:                          $0.00                $10.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8798 - Checking | $7,500.00 | $10.00 | $7,490.00 |
|  | $7,500.00 | $10.00 | $7,490.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*             Page Subtotals:             $0.00             $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82415  
Debtor Name: DANIEL J NEEDHAM  
Claims Bar Date: 3/8/2017  

Date: April 28, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| TRTE 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $1,500.00 | $1,500.00 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $14.94 | $14.94 |
| ATTYF EES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $1,911.25 | $1,911.25 |
| ATTYE XP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $50.82 | $50.82 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $0.00 | $6,526.53 | $6,526.53 |
| 2 300 7100 | American Express Bank, Fsb<br>C/O Becket And Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $7,194.42 | $7,194.42 |
| 3 300 7100 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,498.45 | $2,498.45 |
| 4 300 7100 | Pyod, Llc Its  As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $767.37 | $767.37 |
| 5 300 7100 | Midland Credit Mgmt Inc agent for<br>Midland Funding LLC<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $1,027.77 | $1,027.77 |

Page 1  Printed: April 28, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82415  
Debtor Name: DANIEL J NEEDHAM  
Claims Bar Date: 3/8/2017  

Date: April 28, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Midland Credit Mgmt Inc agent for<br>Midland Funding LLC<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $3,182.29 | $3,182.29 |
| 7<br>300<br>7100 | U.S. Bank NA<br>dba Elan National Financial<br>Services<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Unsecured | | $0.00 | $5,497.36 | $5,497.36 |
| 8<br>300<br>7100 | Portfolio Recovery Associates LLC<br>P O Box 12914<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $4,052.08 | $4,052.08 |
| 9<br>300<br>7100 | Portfolio Recovery Associates LLC<br>P O Box 12914<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $5,460.75 | $5,460.75 |
| 10<br>300<br>7100 | Comenity Capital Bank/Paypal<br>Credit<br>C/O Weinstein & Riley, Ps<br>P O Box 3978<br>Seattle WA 98124-3978 | Unsecured | | $0.00 | $1,497.03 | $1,497.03 |
| | Case Totals | | | $0.00 | $41,181.06 | $41,181.06 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-82415
Case Name: DANIEL J NEEDHAM
              SUSAN T NEEDHAM
Trustee Name: BERNARD J. NATALE

            Balance on hand                                                      $           7,490.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 14.94 | $ 0.00 | $ 14.94 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 1,911.25 | $ 0.00 | $ 1,911.25 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 50.82 | $ 0.00 | $ 50.82 |

        Total to be paid for chapter 7 administrative expenses           $       3,477.01
        Remaining Balance                                                      $       4,012.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

        Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,704.05 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 6,526.53 | $ 0.00 | $ 694.64 |
| 2 | American Express Bank, Fsb | $ 7,194.42 | $ 0.00 | $ 765.73 |
| 3 | Capital One, N.A. | $ 2,498.45 | $ 0.00 | $ 265.92 |
| 4 | Pyod, Llc Its As Assignee | $ 767.37 | $ 0.00 | $ 81.67 |
| 5 | Midland Credit Mgmt Inc agent for | $ 1,027.77 | $ 0.00 | $ 109.39 |
| 6 | Midland Credit Mgmt Inc agent for | $ 3,182.29 | $ 0.00 | $ 338.70 |
| 7 | U.S. Bank NA | $ 5,497.36 | $ 0.00 | $ 585.11 |
| 8 | Portfolio Recovery Associates LLC | $ 4,052.08 | $ 0.00 | $ 431.28 |
| 9 | Portfolio Recovery Associates LLC | $ 5,460.75 | $ 0.00 | $ 581.21 |
| 10 | Comenity Capital Bank/Paypal Credit | $ 1,497.03 | $ 0.00 | $ 159.34 |

Total to be paid to timely general unsecured creditors    $ 4,012.99

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE