# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DANIEL J NEEDHAM | § | Case No. 16-82415 |
| SUSAN T NEEDHAM | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 51,722.82
*(Without deducting any secured claims)*

Assets Exempt: 282,850.58

Total Distributions to Claimants: 4,012.99

Claims Discharged
Without Payment: 341,094.06

Total Expenses of Administration: 3,487.01

3) Total gross receipts of $ 7,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 174,217.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,487.01 | 3,487.01 | 3,487.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 133,186.00 | 37,704.05 | 37,704.05 | 4,012.99 |
| **TOTAL DISBURSEMENTS** | $ 307,403.00 | $ 41,191.06 | $ 41,191.06 | $ 7,500.00 |

4)  This case was originally filed under chapter 7 on  10/14/2016 .  The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/05/2017                        By:/s/BERNARD J. NATALE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Sets Of Golf Clubs, Over 15 Yeard Old. Location: 639 Elsin | 1129-000 | 50.00 |
| 2001 Honda Ace Deluxe Mileage: 11,500 Location: 639 Elsinoor | 1129-000 | 350.00 |
| 2005 Chevrolet Trailblazer Mileage: 86,000 Location: 639 Els | 1129-000 | 1,300.00 |
| 2007 Ford Fusion Mileage: 119,000 Location: 639 Elsinoor Lan | 1129-000 | 350.00 |
| A/Mt .380 Caliber. Location: 639 Elsinoor Lane, Crystal Lake | 1129-000 | 40.00 |
| American Century Investments All Cap Growth Fund | 1129-000 | 4,000.00 |
| Home Depot Stock | 1129-000 | 1,120.00 |
| Mossberg New Haven 142A22. Location: 639 Elsinoor Lane, Crys | 1129-000 | 30.00 |
| Partner 20 Gauge -- Single Shot. Location: 639 Elsinoor Lane | 1129-000 | 40.00 |
| Smith & Wesson 38 Special. Location: 639 Elsinoor Lane, Crys | 1129-000 | 40.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Smith & Wesson 9Mm Sw9va. Location: 639 Elsinoor Lane, Cryst | 1129-000 | 100.00 |
| Springfield 20 Gauge Series A. Location: 639 Elsinoor Lane, | 1129-000 | 30.00 |
| Winchester Semiautomatic 12 Gauge Location: 639 Elsinoor Lan | 1129-000 | 50.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 | | 28,514.00 | NA | NA | 0.00 |
| | Cit Fin Serv, Attn: Bankruptcy, 1000 Technology Dr, O'Fallon, MO 63368 | | 145,703.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ridge & Downes, 101 N Wacker Drive, Chicago, IL 60656 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 174,217.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| BERNARD J. NATALE | 2200-000 | NA | 14.94 | 14.94 | 14.94 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 1,911.25 | 1,911.25 | 1,911.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 50.82 | 50.82 | 50.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,487.01 | $ 3,487.01 | $ 3,487.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex, Correspondence, PO Box 981540, El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Amex, Correspondence, PO Box 981540, El Paso, TX 79998 | | 71,943.00 | NA | NA | 0.00 |
| | Amex, Correspondence, PO Box 981540, El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899 | | 1,573.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899 | | 2,377.00 | NA | NA | 0.00 |
| | Capital One / Menard, 90 Christiana Rd, New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 | | 3,031.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 | | 3,206.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 | | 1,687.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services, Correspondence Dept, PO Box 15278, Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services, PO Box 15298, Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Mtg, PO Box 24696, Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, PO Box 20507, Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sears, Citicorp Cr Srvs/Centralized Bankrup, PO Box 790040, S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179 | | 5,211.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bankruptcy/Citicorp Credit Se, PO Box 790040, Saint Louis, MO 63179 | | 1,027.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bankruptcy/Citicorp Credt S, PO Box 790040, St Louis, MO 63179 | | 2,257.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bankruptcy/Citicorp Credt S, PO Box 790040, St Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, PO Box 6241, Sioux Falls, SD 57117 | | 756.00 | NA | NA | 0.00 |
| | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |
| | Citi-citgo, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Gordmans, PO Box 182789, Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec, 220 W Schrock Rd, Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Victoria Secret, PO Box 18215, Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Victoria Secret, PO Box 18215, Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Capital Bank/HSN, PO Box 182125, Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Consumers Cooper Cred Un, PO Box 9119, Waukegan, IL 60079 | | 0.00 | NA | NA | 0.00 |
| | Consumers Cooper Cred Un, PO Box 9119, Waukegan, IL 60079 | | 0.00 | NA | NA | 0.00 |
| | Dell Financial Services, PO Box 81577, Austin, TX 78708 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial, PO Box 3025, New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial, PO Box 3025, New Albany, OH 43054 | | 6,526.00 | NA | NA | 0.00 |
| | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 | | 7,455.00 | NA | NA | 0.00 |
| | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Dr, Troy, MI 48098 | | 0.00 | NA | NA | 0.00 |
| | Gladys Lundberg, 404 Lake Shore Boulevard, Wauconda, IL 60084 | | 8,000.00 | NA | NA | 0.00 |
| | Harris & Harris, 111 W Jackson Blvd, Suite 400, Chicago, IL 60604 | | 50.00 | NA | NA | 0.00 |
| | Harris & Harris, 111 W Jackson Blvd, Suite 400, Chicago, IL 60604 | | 50.00 | NA | NA | 0.00 |
| | J. Jill Credit, Comenity Bank, PO Box 182125, Attn: Bankruptcy, Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Jack Needham, 5819 N Markham, Chicago, IL 60646 | | 2,000.00 | NA | NA | 0.00 |
| | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201 | | 2,498.00 | NA | NA | 0.00 |
| | Oac, PO Box 500, Baraboo, WI 53913 | | 49.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf Finance, Inc, 601 Nw 2nd St, Evansville, IN 47708 | | 0.00 | NA | NA | 0.00 |
| | Syncb/hh Gregg, C/o PO Box 965036, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncbpaypalsmartconn, Synchrony Bank, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penneys, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Care Credit, PO Box 965064, Orlando, FL 32896 | | 5,460.00 | NA | NA | 0.00 |
| | Synchrony Bank/Care Credit, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Gap, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/Linen N' Things, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896 | | 4,015.00 | NA | NA | 0.00 |
| | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896 | | 4,015.00 | NA | NA | 0.00 |
| | Synchrony Bank/Old Navy, PO Box 965064, Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo, Mac F8235-02f, PO Box 10438, Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo, Mac F8235-02f, PO Box 10438, Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| 2 | American Express Bank, Fsb | 7100-000 | NA | 7,194.42 | 7,194.42 | 765.73 |
| 3 | Capital One, N.A. | 7100-000 | NA | 2,498.45 | 2,498.45 | 265.92 |
| 10 | Comenity Capital Bank/Paypal Credit | 7100-000 | NA | 1,497.03 | 1,497.03 | 159.34 |
| 1 | Discover Bank | 7100-000 | NA | 6,526.53 | 6,526.53 | 694.64 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Midland Credit Mgmt Inc agent for | 7100-000 | NA | 1,027.77 | 1,027.77 | 109.39 |
| 6 | Midland Credit Mgmt Inc agent for | 7100-000 | NA | 3,182.29 | 3,182.29 | 338.70 |
| 8 | Portfolio Recovery Associates LLC | 7100-000 | NA | 4,052.08 | 4,052.08 | 431.28 |
| 9 | Portfolio Recovery Associates LLC | 7100-000 | NA | 5,460.75 | 5,460.75 | 581.21 |
| 4 | Pyod, Llc Its  As Assignee | 7100-000 | NA | 767.37 | 767.37 | 81.67 |
| 7 | U.S. Bank NA | 7100-000 | NA | 5,497.36 | 5,497.36 | 585.11 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 133,186.00 | $ 37,704.05 | $ 37,704.05 | $ 4,012.99 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 16-82415 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL J NEEDHAM | | | | Date Filed (f) or Converted (c): | 10/14/2016 (f) |
| | SUSAN T NEEDHAM | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 10/05/2017 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  639 Elsinoor Lane, Crystal Lake, Il 60014-0000 Mchenry | 189,251.00 | 189,251.00 | OA | 0.00 | FA |
| 2.  2005 Chevrolet Trailblazer Mileage: 86,000 Location: 639 Els | 5,950.00 | 4,500.00 | OA | 1,300.00 | FA |
| 3.  2007 Ford Fusion Mileage: 119,000 Location: 639 Elsinoor Lan | 3,950.00 | 350.00 | OA | 350.00 | FA |
| 4.  2001 Honda Ace Deluxe Mileage: 11,500 Location: 639 Elsinoor | 1,200.00 | 600.00 | OA | 350.00 | FA |
| 5.  HOUSEHOLD GOODS AND FURNISHINGS | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 6.  4 Televisions, 2 Cell Phones, Desktop Computer, Laptop Compu | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 7.  2 Sets Of Golf Clubs, Over 15 Yeard Old. Location: 639 Elsin | 100.00 | 0.00 | OA | 50.00 | FA |
| 8.  Mossberg 12 Gauge Bolt Action. Location: 639 Elsinoor Lane, | 25.00 | 0.00 | OA | 0.00 | FA |
| 9.  A/Mt .380 Caliber. Location: 639 Elsinoor Lane, Crystal Lake | 40.00 | 0.00 | OA | 40.00 | FA |
| 10.  Smith & Wesson 38 Special. Location: 639 Elsinoor Lane, Crys | 40.00 | 0.00 | OA | 40.00 | FA |
| 11.  Smith & Wesson 9Mm Sw9va. Location: 639 Elsinoor Lane, Cryst | 200.00 | 0.00 | OA | 100.00 | FA |
| 12.  Browning 20 Gauge --Single Shot. Location: 639 Elsinoor Lane | 30.00 | 0.00 | OA | 0.00 | FA |
| 13.  Winchester Semiautomatic 12 Gauge Location: 639 Elsinoor Lan | 85.00 | 0.00 | OA | 50.00 | FA |
| 14.  Partner 20 Gauge -- Single Shot. Location: 639 Elsinoor Lane | 40.00 | 0.00 | OA | 40.00 | FA |
| 15.  Mossberg New Haven 142A22. Location: 639 Elsinoor Lane, Crys | 30.00 | 0.00 | OA | 30.00 | FA |
| 16.  Glen Fielded 22 Cal Bolt Action. Location: 639 Elsinoor Lane | 30.00 | 0.00 | OA | 0.00 | FA |
| 17.  Springfield 20 Gauge Series A. Location: 639 Elsinoor Lane, | 30.00 | 0.00 | OA | 30.00 | FA |
| 18.  Personal Clothing. Location: 639 Elsinoor Lane, Crystal Lake | 300.00 | 0.00 | OA | 0.00 | FA |
| 19.  Personal Clothing. Location: 639 Elsinoor Lane, Crystal Lake | 500.00 | 0.00 | OA | 0.00 | FA |
| 20.  Wedding Band. Location: 639 Elsinoor Lane, Crystal Lake Il 6 | 100.00 | 0.00 | OA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-82415 | TML | Judge: | Thomas M. Lynch | | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|---|
| Case Name: | DANIEL J NEEDHAM | | | | | Date Filed (f) or Converted (c): | 10/14/2016 (f) |
| | SUSAN T NEEDHAM | | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 10/05/2017 | | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21.  Wedding Band. Location: 639 Elsinoor Lane, Crystal Lake Il 6 | 100.00 | 0.00 | OA | 0.00 | FA |
| 22.  Gold Ring With Birthstone. Location: 639 Elsinoor Lane, Crys | 100.00 | 0.00 | OA | 0.00 | FA |
| 23.  Anniversary Ring. Location: 639 Elsinoor Lane, Crystal Lake | 250.00 | 0.00 | OA | 0.00 | FA |
| 24.  Golden Earings. Location: 639 Elsinoor Lane, Crystal Lake Il | 500.00 | 0.00 | OA | 0.00 | FA |
| 25.  2 Mixed Breed Dogs, 1.5 Yeard Old, 6.5 Years Old. Location: | 0.00 | 0.00 | OA | 0.00 | FA |
| 26.  Cash | 20.00 | 0.00 | OA | 0.00 | FA |
| 27.  Great Lakes Credit Union | 371.36 | 0.00 | OA | 0.00 | FA |
| 28.  Great Lakes Credit Union | 243.47 | 0.00 | OA | 0.00 | FA |
| 29.  American Century Investments All Cap Growth Fund | 4,053.74 | 0.00 | OA | 4,000.00 | FA |
| 30.  Home Depot Stock | 1,577.66 | 0.00 | OA | 1,120.00 | FA |
| 31.  401(K) Live Nation Entertainment Inc. 401(K) Savings Plan | 11,280.42 | 0.00 | OA | 0.00 | FA |
| 32.  401(K) Fortistar Services 401(K) Plan | 31,526.97 | 0.00 | OA | 0.00 | FA |
| 33.  Ira Fidelity Investments Ira Rollover | 6,903.70 | 0.00 | OA | 0.00 | FA |
| 34.  Ira Vanguard Rollover Ira | 70,045.08 | 0.00 | OA | 0.00 | FA |
| 35.  Daniel Needham V. Fortistar Methane Group Case No. 14-10475, | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $334,573.40 | $194,701.00 | | $7,500.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE ANTICIPATES FILING FINAL REPORT PRIOR TO MAY 1, 2017.

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 05/01/2017

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit 9 |
|---|---|---|
| Case No: 16-82415 | Trustee Name: BERNARD J. NATALE | |
| Case Name: DANIEL J NEEDHAM | Bank Name: Associated Bank | |
| SUSAN T NEEDHAM | Account Number/CD#: XXXXXX8798 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0163 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 10/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/17 | | Great Lakes Credit Union PO Box 1289 Bannockburn, IL 60015 | Compromise | | $7,500.00 | | $7,500.00 |
| | | | Gross Receipts | $7,500.00 | | | |
| | 2 | | 2005 Chevrolet Trailblazer Mileage: 86,000 Location: 639 Els | $1,300.00 | 1129-000 | | |
| | 3 | | 2007 Ford Fusion Mileage: 119,000 Location: 639 Elsinoor Lan | $350.00 | 1129-000 | | |
| | 4 | | 2001 Honda Ace Deluxe Mileage: 11,500 Location: 639 Elsinoor | $350.00 | 1129-000 | | |
| | 7 | | 2 Sets Of Golf Clubs, Over 15 Yeard Old. Location: 639 Elsin | $50.00 | 1129-000 | | |
| | 9 | | A/Mt .380 Caliber. Location: 639 Elsinoor Lane, Crystal Lake | $40.00 | 1129-000 | | |
| | 10 | | Smith & Wesson 38 Special. Location: 639 Elsinoor Lane, Crys | $40.00 | 1129-000 | | |
| | 11 | | Smith & Wesson 9Mm Sw9va. Location: 639 Elsinoor Lane, Cryst | $100.00 | 1129-000 | | |
| | 13 | | Winchester Semiautomatic 12 Gauge Location: 639 Elsinoor Lan | $50.00 | 1129-000 | | |
| | 14 | | Partner 20 Gauge -- Single Shot. Location: 639 Elsinoor Lane | $40.00 | 1129-000 | | |
| | 15 | | Mossberg New Haven 142A22. Location: 639 Elsinoor Lane, Crys | $30.00 | 1129-000 | | |
| | 17 | | Springfield 20 Gauge Series A. Location: 639 Elsinoor Lane, | $30.00 | 1129-000 | | |

| | | Page Subtotals: | $7,500.00 | $0.00 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-82415 | Trustee Name: BERNARD J. NATALE |
| Case Name: DANIEL J NEEDHAM | Bank Name: Associated Bank |
| SUSAN T NEEDHAM | Account Number/CD#: XXXXXX8798 |
| | Checking |
| Taxpayer ID No: XX-XXX0163 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 29 | | American Century Investments  $4,000.00<br>All Cap Growth Fund | 1129-000 | | | |
| | 30 | | Home Depot Stock  $1,120.00 | 1129-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 06/06/17 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $1,514.94 | $5,975.06 |
| | | BERNARD J. NATALE | Trte Comm  ($1,500.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trte Expense  ($14.94) | 2200-000 | | | |
| 06/06/17 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $1,962.07 | $4,012.99 |
| | | BERNARD J. NATALE LTD | Atty Fees  ($1,911.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Expenses  ($50.82) | 3120-000 | | | |
| 06/06/17 | 1103 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Ref #6568 | 7100-000 | | $694.64 | $3,318.35 |
| 06/06/17 | 1104 | American Express Bank, Fsb<br>C/O Becket And Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Ref #1009 | 7100-000 | | $765.73 | $2,552.62 |
| 06/06/17 | 1105 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>PO Box 3001<br>Malvern, PA 19355-0701 | Ref #6187 | 7100-000 | | $265.92 | $2,286.70 |

Page Subtotals:  $0.00  $5,213.30

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No: | 16-82415 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | DANIEL J NEEDHAM | Bank Name: | Associated Bank |
| | SUSAN T NEEDHAM | Account Number/CD#: | XXXXXX8798 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0163 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/05/2017 | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/17 | 1106 | Pyod, Llc Its  As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Ref #4464 | | 7100-000 | | $81.67 | $2,205.03 |
| 06/06/17 | 1107 | Midland Credit Mgmt Inc agent for Midland Funding LLC Po Box 2011 Warren, Mi 48090 | Distribution | | | | $448.09 | $1,756.94 |
| | | Midland Credit Mgmt Inc agent for | Ref #0813                    ($109.39) | 7100-000 | | | |
| | | Midland Credit Mgmt Inc agent for | Ref #4998                    ($338.70) | 7100-000 | | | |
| 06/06/17 | 1108 | U.S. Bank NA dba Elan National Financial Services P O Box 5227 Cincinnati OH 45201-5227 | Ref #3583 | | 7100-000 | | $585.11 | $1,171.83 |
| 06/06/17 | 1109 | Portfolio Recovery Associates LLC P O Box 12914 Norfolk, VA  23541 | Distribution | | | | $1,012.49 | $159.34 |
| | | Portfolio Recovery Associates LLC | Ref #2912                    ($431.28) | 7100-000 | | | |
| | | Portfolio Recovery Associates LLC | Ref #9024                    ($581.21) | 7100-000 | | | |
| 06/06/17 | 1110 | Comenity Capital Bank/Paypal Credit C/O Weinstein & Riley, Ps P O Box 3978 Seattle WA 98124-3978 | Ref #2397 | | 7100-000 | | $159.34 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $7,500.00 | $7,500.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $7,500.00 | $7,500.00 |

Page Subtotals:                    $0.00        $2,286.70

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8798 - Checking | $7,500.00 | $7,500.00 | $0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals:                    $0.00          $0.00